# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Corrino Holdings LLC<br><br>Plaintiff(s)<br>v.<br><br>Snap Inc.<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-08548-JAK-AS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* (Dkt. 18)** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lee, George I.
*Applicant's Name (Last Name, First Name & Middle Initial*
(312) 754-9602              (312) 754-9602
*Telephone Number*          *Fax Number*
lee@ls3ip.com
*E-Mail Address*

of   Lee Sullivan Shea & Smith LLP
     656 West Randolph Street, Suite 5W
     Chicago, Illinois 60661
     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Corrino Holdings LLC

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Craft, Jeffrey F.
*Designee's Name (Last Name, First Name & Middle Initial*
CSBN#: 147186              (302) 449-9010
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jcraft@devlinlawfirm.com
*E-Mail Address*

of   Devlin Law Firm LLC
     2069 Cold Canyon Rd
     Calabasas, CA 91302-2369
     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☒ because  it is not hand signed. Counsel shall re-file the application. If the application is not re-filed by October 25, 2018, the fee will be returned to counsel.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** October 18, 2018                  John A. Kronstadt  */s/*
                                             **U.S. District Judge**