1 | COOLEY LLP
HEIDI L. KEEFE (178960)
2 | (HKEEFE@COOLEY.COM)
MARK R. WEINSTEIN (193043)
3 | (MWEINSTEIN@COOLEY.COM)
REUBEN H. CHEN (228725)
4 | (RCHEN@COOLEY.COM)
3175 Hanover Street
5 | Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
6 | Facsimile:  (650) 849-7400

7

Attorneys for Defendant
8 | SNAP INC.

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | Western Division – Los Angeles

12

13 | CORRINO HOLDINGS LLC,

14 |             Plaintiff,

15 |    v.

16 | SNAP INC.,

17 |             Defendant.

18

19

20

Case No.  2:18-cv-8548-JAK-AS

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**

Judge:  Hon. John A. Kronstadt

Complaint Served: 10/10/2018
Current Response Date: 10/31/2018
New Response Date: 12/17/2018

21 |      Plaintiff Corrino Holdings LLC ("Corrino") and Defendant Snap Inc. ("Snap"),
22 | by and through their respective counsel of record, hereby stipulate and agree, subject to
23 | the approval of the Court, that the deadline by which Snap must answer, move, or
24 | otherwise respond to the complaint (Dkt. No. 1) filed by Corrino ("Complaint") in the
25 | above-referenced matter is extended by 45 days to December 17, 2018.
26 |      Corrino filed its Complaint on October 4, and served its Complaint on Snap on
27 | October 10, 2018.  Snap's response to the Complaint is currently due on October 31,
28

1.

STIPULATION TO EXTEND DEFENDANT'S TIME TO
RESPOND TO INITIAL COMPLAINT BY 45 DAYS

1   2018.  With the 45-day extension, Snap's response will now be due on December 17,

2   2018.  No prior extension of time has been sought by or granted to any party.

3          IT IS SO STIPULATED.

4

5   Dated:      October 31, 2018          COOLEY LLP
                                          HEIDI L. KEEFE (178960)
6                                         MARK R. WEINSTEIN (193043)
                                          REUBEN H. CHEN (228725)
7

8

9                                         /s/ Reuben H. Chen
                                          Reuben H. Chen (228725)
10                                        Attorneys for Defendant
                                          SNAP INC.
11

12  Dated:      October 31, 2018          DEVIN LAW FIRM
                                          JEFFREY F. CRAFT (147186)
13                                        and
                                          LEE SULLIVAN SHEA & SMITH LLP
14                                        GEORGE I. LEE (PRO HAC VICE)
                                          SEAN M. SULLIVAN (PRO HAC VICE)
15                                        MICHAEL P. BOYEA (PRO HAC VICE)
                                          COLE B. RICHTER (PRO HAC VICE)
16                                        JAE Y. PAK (PRO HAC VICE)

17

18

19                                        /s/ Sean M. Sullivan
                                          Sean M. Sullivan (pro hac vice)
20                                        Attorneys for Plaintiff
                                          CORRINO HOLDINGS LLC

21

22

23  190267934 v1

24

25

26

27

28

CASE NO. 2:18-cv-8548-JAK-AS          2.          STIPULATION TO EXTEND DEFENDANT'S TIME TO
                                                  RESPOND TO INITIAL COMPLAINT BY 45 DAYS