```
COOLEY LLP
HEIDI L. KEEFE (178960)
(HKEEFE@COOLEY.COM)
MARK R. WEINSTEIN (193043)
(MWEINSTEIN@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400
```

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division – Los Angeles

| | |
|---|---|
| CORRINO HOLDINGS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SNAP INC.,<br><br>        Defendant. | Case No.  2:18-cv-8548-JAK-AS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**<br><br>Judge:  Hon. John A. Kronstadt<br><br>Complaint Served: 10/10/2018<br>Current Response Date: 10/31/2018<br>New Response Date: 12/17/2018 |

Having read and considered the parties' Stipulation to Extend Time to Respond to the Complaint, the Court hereby **GRANTS** the parties' stipulation.  The time for Defendants to respond to the Complaint is hereby extended by 45 days to December 17, 2018.

///

1 **IT IS SO ORDERED.**

Dated:

_____
Honorable John A. Kronstadt
United States District Judge

190275748 v1